

# Terms of Service

## Terms of Use

All textual, graphical and other content appearing on Web sites within any domain owned by Taylor University ("Web Sites"), including but not limited to taylor.edu and tayloru.edu, are the property of Taylor University, Inc. Copyright 1995-2017 Taylor University, 1846 Main Street, Upland, Indiana 46989-1001 USA. All Rights Reserved.

You may not modify, publish, transmit, participate in the transfer or sale, create derivative works, or in any way exploit, any of the content, in whole or in part. You may download copyrighted material for personal use only. Except as otherwise expressly permitted under copyright law, no copying, redistribution, retransmission, publication, or commercial exploitation of downloaded material will be permitted without the express written permission of Taylor University. In the event of any permitted copying, redistribution, or publication of copyrighted material, no changes in or deletion of author attribution, trademark legend, or copyright notice shall be made. Nothing contained herein shall be construed as conferring by implication, estoppel, or otherwise any license or other grant of right

to use any copyright, trademark, or other intellectual property of Taylor University or any third party, except as expressly provided herein.

These Web Sites may contain links to or be accessed through links on Web sites of other institutions, individuals, or groups. Taylor University does not have responsibility for the contents, availability, operation, or performance of any other sites, to which these Web Site may be linked or from which these Web Sites may be accessed.

Reference to any product, process, publication, service, or offering of any third party by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply the endorsement or recommendation of such by Taylor University.

Access to these Web Sites is monitored. The requesting URLs, the machine originating the request, and the time of the request are logged for access statistics and security purposes. Use of these Web Sites constitutes consent to such monitoring. These Web Sites may be unavailable from time to time due to mechanical, telecommunication, software, hardware, and third-party vendor failures. Taylor University cannot predict or control when such downtime may occur and cannot control the duration of such downtime.

Notwithstanding the above, you acknowledge that Taylor University does not prescreen content, but that Taylor University and its designees shall have the right (but not the obligation) in their sole discretion to refuse or remove any content that is available via these Web Sites. Without limiting the foregoing, Taylor University and its designees shall have the right to remove any content that violates the policies of Taylor University or is otherwise determined to be objectionable by Taylor University in its sole discretion.

Reasonable efforts are taken to ensure the accuracy and integrity of information and related materials provided by Taylor University on these Web Sites, but Taylor University is not responsible for misprints, out-of-date information, technical inaccuracies, typographical, or other errors appearing on these Web Sites, or any other Web site containing information about Taylor University. Information and related materials are subject to change without notice. These Web Sites and all information and related materials it contains are

provided "as is." By using these Web Sites, you assume the risk that the information and materials on these Web Sites may be incomplete, inaccurate, out of date, or may not meet your needs and requirements.

Taylor University reserves the right, at its sole and absolute discretion, to make changes in these Terms and Conditions at any time without notice. Your continued use of these Web Sites after any such changes signifies your acceptance of the Terms and Conditions as revised.

## Website Privacy Policy

Individuals using Taylor University's website (www.taylor.edu) should be aware of Taylor University's security practices, and their rights to privacy while using Taylor University's website.

During normal browsing of Taylor's website, certain information is collected. Some information is automatically collected such as your browser information and other system identification information that is stored in website cookies. While these cookies help us personalize the experience while using our website, they are not required and may be disabled. Other information is collected for tracking, troubleshooting, and statistical purposes.

We also collect information you may have submitted through a form such as your name, e-mail, phone number, or other personal data. Certain forms on our website use SSL to provide encryption and protection for the data you submit. Check your browser for the HTTPS and/or lock icon to confirm your data is being protected.

## Internal Use

We may use and/or share the information we collect within the university to protect you from fraud and unauthorized transactions, to keep you informed about our services, and to provide customer service. Any information you do share with us via forms will be held with confidentiality. Information may be shared within the university among departments, but only as needed to fulfill the services given by the university.

# Sharing Information with Contracted Third-Parties

Taylor University may share some of the information collected with contracted third-parties, companies who are acting on our behalf, or jointly with Taylor University under a contractual arrangement when necessary to fulfill the services of the University. We may also share information when required to do so by law.

Whenever possible, we do not share information with third-parties unless they have agreed in writing to provide the same level of privacy protection as provided by Taylor University.

We do not disclose private information about you for the purposes of marketing or soliciting products or services other than our own.

# Privacy Policy

Taylor University takes the issue of data security seriously. We have employed various technologies and policies to keep your data safe. Sensitive data is encrypted with SSL before being transmitted over the Internet. We employ Virtual Private Networks (VPN), Virtual Desktop Infrastructure (VDI), and other secure technologies to protect your data when it is being used by the University. We also employ the use of fully encrypted hard drives to protect your data from theft.

Information Technology, University Leadership, Student Development, Campus Police, and Legal Authorities will be involved as necessary in response to violations of University policies.