

# Student Consumer Info

The Higher Education Opportunity Act of 2008 (HEOA) requires that postsecondary institutions participating in federal student aid programs disclose certain information to students (Student Consumer Information). In compliance with federal law, Taylor University discloses the following information.

For any questions or concerns on this information, please contact the [Office of Institutional Research (mailto:InstResearch@taylor.edu)](mailto:InstResearch@taylor.edu), [765-998-4627 (tel:765-998-4627)](tel:765-998-4627).

### Accreditation and Academic Programs

### Alcohol and Drug Policies

### Athletic Participation Rates and Financial Support

### Campus Security / Missing Persons

### CARES Act Emergency Financial Aid Grants to Students

| | |
|---|---|
| Financial Aid | ✗ |
| General Information | ✗ |
| Off-Campus Programs | ✗ |
| Official University Statements | ✗ |
| Refund Policy / Withdrawal Requirements | ✗ |
| **Safeguarding Student Information** | ✗ |

At Taylor University, the safeguarding of student information is a top priority, reflecting our unwavering commitment to data security. Every piece of consumer and student information, from personal details to financial records, is treated with the utmost care and diligence. To uphold this commitment, the university has implemented a comprehensive information security program that encompasses a range of protective measures.

Central to this effort is the appointment of a designated Information Security Coordinator who oversees the implementation and maintenance of these security measures. The university conducts regular risk assessments to identify potential vulnerabilities in its systems and processes, ensuring a proactive approach to addressing emerging threats. Rigorous testing and monitoring mechanisms are employed to continually evaluate the effectiveness of the safeguards in place. This iterative process allows for ongoing improvement and adjustment to security protocols as necessary, in alignment with evolving best practices and regulatory requirements.

Taylor University extends its commitment to safeguarding information beyond its own walls. The institution requires its service providers comply with industry best-practice security processes and procedures when handling sensitive data. This includes maintaining their own safeguards to ensure that the integrity and confidentiality of consumer and student information are maintained throughout all interactions. By fostering a culture of vigilance and accountability, the university underscores its dedication to upholding the trust and confidence of its students, parents, and stakeholders, ensuring that their information remains secure and protected.

**Student Achievement**

**Student Privacy (FERPA)**

**Student Right-to-Know Reports**

**Students with Disabilities Services**

**Transfer Credit Policy**

**Vaccination Policies**

**Voter Registration**

## Student Complaint Process

Taylor University is a community of Christians intentionally united for academic progress, personal development and spiritual growth. As such, we seek to honor Jesus Christ while placing a great deal of importance on relationships and recognizing the need for responsible behavior (see Taylor University's Life Together Covenant (/life-at-taylor/life-together-covenant)). Consistent with our Christian beliefs

and commitments, the University has instituted various mechanisms to identify and address student concerns and complaints. In addition, the University has a federal obligation to track significant student complaints so we may monitor the quality of our services.

**Complaint Policies and Procedures**

**Other Student-Related Concerns**

**Regulatory References**