# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**TAYLOR UNIVERSITY,**<br><br>　　　　**Defendant.** | Case No. 1:23-cv-00527-HAB-SLC |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiffs, Justin McLaughlin and Aturina Eshw, by their counsel, hereby respectfully withdraw the Motion to Compel and Memorandum of Law in Support filed on June 24, 2025 (ECF No. 48).

Date: July 3, 2025

Respectfully submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV\*
Andrew E. Mize\*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel : (615) 254-8801

       gstranch@stranchlaw.com
       amize@stranchlaw.com

       Samuel J. Strauss*
       Raina C. Borrelli*
       **STRAUSS BORRELLI PLLC**
       980 N. Michigan Avenue, Suite 1610
       Chicago, Illinois 60611
       Tel: (872) 263-1100
       sam@straussborrelli.com
       raina@straussborrelli.com

       **Pro Hac Vice* forthcoming*

       *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email to all counsel of record on July 3, 2025.

       */s/ Lynn A. Toops*
       Lynn A. Toops