IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JUSTIN MCLAUGHLIN, et al., | ) | |
| | ) | CAUSE NO.: 1:23-cv-527-HAB-ALT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL

Defendant, Taylor University, by counsel, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-1, hereby files its Motion to Compel against Plaintiffs, Justin McLaughlin and Aturina Eshw (jointly, "Plaintiffs").

Taylor University issued its First Set of Interrogatories to Plaintiffs to investigate the source of their alleged harm and to develop evidence to support its defense that Plaintiffs' purported injuries stemmed from a third-party, not Taylor University. As such, its First Set of Interrogatories, numbers 4 and 6, requested that Plaintiffs identify information relating to the various web-based accounts they maintain and the steps taken to protect them, as well as the phone applications they maintain that hold personal or financial information that is the same as that alleged in the Complaint to have been compromised. Plaintiffs refused to answer these interrogatories in their entirety, and after two meet and confer sessions and various emails regarding this dispute, the parties are at an impasse.

Taylor University now seeks this Court's assistance as a last resort. Taylor University incorporates by reference its Certificate and Brief in Support filed simultaneously with this Motion.

1

WHEREFORE, Defendant, Taylor University, by counsel, respectfully requests that the Court issue an order compelling Plaintiffs to respond fully to the disputed discovery and awarding Taylor University its reasonable attorneys' fees incurred pursuing this discovery.

Respectfully submitted,

*/s/ Tyler J. Moorhead*
Philip R. Zimmerly, Attorney No. 30217-06
Tyler J. Moorhead, Attorney No. 34705-73
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Lisa Houssiere (*pro hac vice*)
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1318
Facsimile: 713.751.1717
lhoussiere@bakerlaw.com

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Counsel for Defendant Taylor University*

# CERTIFICATE OF SERVICE

This is to certify that on July 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Lynn A. Toops<br>Amina A. Thomas<br>Cohen & Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com<br><br>J Gerard Stranch, IV<br>Andrew E. Mize<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Ave., Ste. 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>amize@stranchlaw.com | Samuel Strauss<br>Raina Borrelli<br>Strauss Borrelli PLLC<br>One Magnificent Mile<br>980 N. Michigan Ave., Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br>raina@straussborrelli.com |

*/s/ Tyler J. Moorhead*
Tyler J. Moorhead

5024608