UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:23-cv-00527-HAB-SLC ) |
| TAYLOR UNIVERSITY, | ) ) |
| Defendant. | ) ) |

**DEFENDANT TAYLOR UNIVERSITY'S RESPONSE NOTING ITS NON-OPPOSITION TO PLAINTIFF MCLAUGHLIN'S AMENDED MOTION TO SEAL**

Taylor University files this response to Plaintiff Justin McLaughlin's Amended Motion to Seal (Dkt. 66, the "Motion") to note that it is not opposed to the relief sought by the Motion and to clarify why it originally filed Plaintiff McLaughlin's discovery materials without redaction.

On October 8, 2024, Taylor University served its First Set of Interrogatories to Plaintiffs. Plaintiff McLaughlin provided his responses on December 20, 2024. Those responses did not include any confidentiality designations. As detailed in Taylor University's Brief in Support of Motion to Compel (Dkt. 56 at 2-4), the parties met and conferred on several occasions regarding Plaintiffs' responses. Plaintiff McLaughlin provided his supplemental responses to the First Set of Interrogatories on March 10, 2025. The supplemental responses also did not include confidentiality designations. Accordingly, on July 11, 2025, when filing its Motion to Compel and Brief in Support (Dkt. 55, 56), Taylor University did not seek to seal or otherwise limit disclosure of the information contained in Plaintiff McLaughlin's discovery responses.

On July 25, 2025, Plaintiff McLaughlin provided his second supplemental responses to the First Set of Interrogatories with certain confidentiality designations. Plaintiffs' counsel asked that

1

an excerpt of the responses showing only non-confidential information be filed to replace the set currently filed with Taylor University's Motion to Compel. Taylor University's counsel stated that Taylor University would follow the direction that the Northern District of Indiana's clerk's office provided with respect to correcting the filings so that the new confidentiality designations would be respected.

Therefore, Taylor University is not opposed to refiling the Motion to Compel with redactions over the information designated as confidential.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Georgia L. Bennett*
Philip R. Zimmerly, Attorney No. 30217-06
Tyler J. Moorhead, Attorney No. 34705-73
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Lisa A. Houssiere (*pro hac vice*)
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1318
Facsimile: 713.751.1717
lhoussiere@bakerlaw.com

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Counsel for Defendant Taylor University*

## CERTIFICATE OF SERVICE

This is to certify that on July 30, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Lynn A. Toops
Amina A. Thomas
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J Gerard Stranch, IV
Andrew E. Mize
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel Strauss
Raina Borrelli
Brittany Resch
Strauss Borrelli PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

/s/ Georgia L. Bennett
Georgia L. Bennett
*Pro Hac Vice Counsel for Defendant*