UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TAYLOR UNIVERSITY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00527-HAB-SLC<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT TAYLOR UNIVERSITY'S RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL

On August 11, 2025, Plaintiffs moved to seal a document produced by Taylor University in this litigation. (*See generally* Dkt. 73.) Taylor University files this response in further support of the motion to seal.

The document that Plaintiffs seek to seal was Taylor University's response to the Office of the Attorney General of Indiana regarding the breach notification report filed by Taylor University's counsel on behalf of Taylor University with respect to the data security incident experienced by Taylor University in May 2023. The document details information regarding the data security incident, remediation and additional security measures taken in response to the incident, security analyses of Taylor University's systems, and policies, procedures, and training provided to Taylor University employees regarding security. The disclosure of this information could cause harm to Taylor University because if bad actors obtained this document, they could use it as a roadmap to try to thwart or circumvent Taylor University's data security systems, policies, and training which are all explained within the document. *Burnett v. CNO Fin. Grp., Inc.*, No. 1:18-CV-00200-JPH-KMB, 2024 WL 5055691, at *1 (S.D. Ind. Oct. 17, 2024) ("Good cause

to seal confidential information may exist when the confidential material is non-dispositive or where documents contain trade secrets or other categories of sensitive confidential information.")

The document itself states that the information contained within it constitutes confidential commercial and/or financial information, and the public disclosure of that information could harm Taylor University's competitive and/or commercial interests. *See Advanced Magnesium Alloys Corp. v. Dery*, No. 120CV02247RLYMJD, 2022 WL 20515875, at *1 (S.D. Ind. July 21, 2022) (granting motion to seal is appropriate when the document "constitutes confidential information that could lead to competitive harm"). Further, undersigned counsel marked the document "Confidential" in accordance with the Stipulated Protective Order. (Dkt. 42-1 at 2; Dkt. 43.)

Accordingly, Taylor University respectfully requests that the Court grant Plaintiffs' motion to seal because "good cause" exists to maintain the document under seal. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999).

Dated: August 18, 2025                                Respectfully submitted,

*/s/ Georgia L. Bennett*
Philip R. Zimmerly, Attorney No. 30217-06
Tyler J. Moorhead, Attorney No. 34705-73
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Lisa A. Houssiere (*pro hac vice*)
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1318
Facsimile: 713.751.1717
lhoussiere@bakerlaw.com

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Counsel for Defendant Taylor University*

**CERTIFICATE OF SERVICE**

This is to certify that on August 18, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Lynn A. Toops
Amina A. Thomas
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J Gerard Stranch, IV
Andrew E. Mize
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel Strauss
Raina Borrelli
Brittany Resch
Strauss Borrelli PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

*/s/ Georgia L. Bennett*
Georgia L. Bennett
*Pro Hac Vice Counsel for Defendant*