UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:23-cv-00527-HAB-ALT<br>) |
| TAYLOR UNIVERSITY, | )<br>)<br>) |
| Defendant. | ) |

**DEFENDANT TAYLOR UNIVERSITY'S NOTICE OF SUBMISSION FOR**
<u>**IN CAMERA REVIEW**</u>

Pursuant to this Court's Order (Dkt. 84), Defendant Taylor University, by counsel, hereby provides notice that on September 10, 2025, it submitted TU_Priv_00001 for the Court's *in camera* review by emailing the document to teel_chambers@innd.uscourts.gov.

Dated: September 10, 2025                    Respectfully submitted,

<u>*/s/ Georgia L. Bennett*</u>
Philip R. Zimmerly, Attorney No. 30217-06
Tyler J. Moorhead, Attorney No. 34705-73
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Lisa A. Houssiere (*pro hac vice*)
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1318
Facsimile: 713.751.1717
lhoussiere@bakerlaw.com

1

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Counsel for Defendant Taylor University*

## **CERTIFICATE OF SERVICE**

This is to certify that on September 10, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Lynn A. Toops
Amina A. Thomas
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J Gerard Stranch, IV
Andrew E. Mize
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel Strauss
Raina Borrelli
Brittany Resch
Strauss Borrelli PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

*/s/ Georgia L. Bennett*
Georgia L. Bennett
*Pro Hac Vice Counsel for Defendant*