UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:23-cv-00527-HAB-ALT |
| TAYLOR UNIVERSITY, | )<br>)<br>) |
| Defendant. | ) |

### JOINT NOTICE OF COMPLIANCE WITH MEET AND CONFER REQUIREMENT

Pursuant to this Court's Order (Dkt. 84), Plaintiffs Justin McLaughlin and Aturina Eshw and Defendant Taylor University met and conferred on September 18, 2025 to discuss amended interrogatory numbers 4 and 6. On September 19, 2025, Taylor University, by counsel, served its Second Set of Interrogatories, and Plaintiff will respond fully within thirty (30) days without delay.

Date: September 19, 2025

*Respectfully submitted by*:

/s/ Georgia L. Bennett
Philip R. Zimmerly (No. 30217-06)
Tyler J. Moorhead (No. 34705-73)
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173
PZimmerly@boselaw.com
TMoorhead@boselaw.com

Lisa A. Houssiere (*pro hac vice*)
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1318
Facsimile: 713.751.1717

*Consented to by*:

/s/ Brittany Resch
(*Signed with express permission*)
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Gerard Stranch, IV
Andrew E. Mize
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203

1

lhoussiere@bakerlaw.com

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Counsel for Defendant*

gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel Strauss
Raina Borrelli
Brittany Resch (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

This is to certify that on September 19, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Georgia L. Bennett*
Georgia L. Bennett
*Pro Hac Vice Counsel for Defendant*