# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>TAYLOR UNIVERSITY,<br><br>  Defendant. | Case No. 1:23-cv-00527-HAB-ALT |

## MOTION TO WITHDRAW APPEARANCE OF JOHN P. HUTCHINS

John P. Hutchins, of Baker & Hostetler LLP, one of the attorneys of record for Defendant, Taylor University, hereby moves for the withdrawal of his appearance in this matter pursuant to Local Rule 83-8(c). Defendant will continue to be represented by Lisa A. Houssiere and Georgia L. Bennett of Baker & Hostetler LLP.

WHEREFORE, undersigned counsel respectfully moves this Court for the withdrawal of his appearance, and for the Clerk to remove him from all future filings and notices.

Respectfully submitted,

*/s/ John P. Hutchins*
John P. Hutchins (*Pro Hac Vice*)
Lisa A. Houssiere (*Pro Hac Vice*)
Georgia L. Bennett (*Pro Hac Vice*)
BAKE & HOSTETLER, LLP
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
T: (404) 459-0050
jhutchins@bakerlaw.com
lhoussiere@bakerlaw.com
gbennett@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Lynn A. Toops
> Amina A. Thomas
> ltoops@cohenmalad.com
> athomas@cohenmalad.com
>
> Gerard Stranch, IV
> Andrew E. Mize
> gstranch@stranchlaw.com
> amize(@stranchlaw.com
> Samuel Strauss
>
> Raina Borrelli
> Brittany Resch
> sam@straussborrelli.com
> raina@straussborrelli.com
> bresch@straussborrelli.com

*/s/ John P. Hutchins*