IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>TAYLOR UNIVERSITY,<br><br>                Defendant. | Case No. 1:23-cv-00527-HAB-ALT |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

The parties to the above-captioned action hereby notify the Court that they have reached an agreement in principle on the terms of a proposed settlement. In light of the foregoing, the parties stipulate to dismissal without prejudice. A proposed Order approving the joint stipulation is attached for the Court's consideration.

Date: November 19, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Georgia L. Bennett<br>Philip R. Zimmerly, Attorney No. 30217-06<br>Tyler J. Moorhead, Attorney No. 34705-73<br>**BOSE MCKINNEY & EVANS LLP**<br>111 Monument Circle, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: 317.684.5000<br>Facsimile: 317.684.5173<br>PZimmerly@boselaw.com<br>TMoorhead@boselaw.com<br><br>Lisa A. Houssiere (*pro hac vice*)<br>**BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Telephone: 713.646.1318<br>Facsimile: 713.751.1717 | /s/ Lynn A. Toops (signed with express permission)<br>Lynn A. Toops, Attorney No. 26386-49<br>Amina A. Thomas, Attorney No. 34451-49<br>**COHEN & MALAD LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>Telephone: 317.636.6481<br>ltoops@cohenmalad.com<br>athomas@cohenmalad.com<br><br>Gerard Stranch, IV<br>Andrew E. Mize<br>**STRANCH, JENNINGS & GARVEY, PLLC** |

lhoussiere@bakerlaw.com

Georgia L. Bennett (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309
Telephone: 404.946.9841
Facsimile: 404.459.0050
gbennett@bakerlaw.com

*Attorneys for Defendant Taylor University*

223 Rosa L. Parks Ave., Ste. 200 Nashville, TN 37203
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel Strauss
Raina Borrelli
Brittany Resch
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Georgia L. Bennett*
Georgia L. Bennett (*pro hac vice*)
