IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MCLAUGHLIN and ATURINA ESHW, on behalf of themselves, and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Case No. 1:23-cv-00527-HAB-ALT |
| TAYLOR UNIVERSITY, | )<br>)<br>) |
| Defendant. | ) |

**[PROPOSED] ORDER APPROVING JOINT STIPULATION OF DISMISSAL**

THIS CAUSE came on for consideration before this Court upon the Joint Stipulation of Dismissal Pursuant to Settlement ("Stipulation"). The Court having reviewed the Stipulation and being fully advised, **ORDERS and ADJUDGES** as follows:

1. The Stipulation is **APPROVED** and the case is dismissed without prejudice.

**DONE AND ORDERED** on this ___ day of _____, 2025.

Dated: _____

                                                            Honorable Holly A. Brady
                                                            United States District Court Judge
                                                            Northern District of Indiana